# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 06-3164

—————

United States of America,

    Appellee,

v.

Shannon Kies,

    Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Northern District of Iowa.
\*
\*   [UNPUBLISHED]
\*

—————

Submitted: January 8, 2007
Filed: January 24, 2007

—————

Before LOKEN, Chief Judge, BYE and SHEPHERD, Circuit Judges.

—————

PER CURIAM.

The district court[1] sentenced Shannon Kies to 87 months in prison after he pled guilty to one count of theft of firearms from a federal firearms licensee. For the reasons discussed below, we affirm his sentence.

Kies argues the district court erred by denying downward adjustments for his role in the offense and for his acceptance of responsibility, and by applying an enhancement for obstruction of justice. Having reviewed the district court's factual

---

[1] The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

findings and legal conclusions under the applicable standards of review, we determine there is no error. See U.S.S.G. §3C1.1, cmt. n.4(e); §3E1.1, cmt. n.4.

Accordingly, we affirm the judgment of the district court.

_____